■ United States Trust Company, Respondent, v Mayer Simon et al., Respondents, and Mordechai Winkler, Appellant. [644 NYS2d 633]

The Supreme Court properly exercised its discretion in setting aside the foreclosure sale based on the Referee's misunderstanding as to his authority to accept uncertified funds as a down payment *(see, Guardian Loan Co. v Early,* 45 NY2d 515; *Glenville & 110 Corp. v Tortora,* 137 AD2d 654; *Ulster Sav. Bank v Bash,* 114 AD2d 500).

The appellant's remaining contentions are unpreserved for appellate review and, in any event, are without merit. Mangano, P. J., Thompson, Florio and McGinity, JJ., concur.